**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Civil Cover Sheet

**FILED**
AUG 1 9 2008
Aug 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | BERNARD MIDDLETON | **Defendant(s):** | ANDREW M. VARGA, etc., et al. |
| **County of Residence:** | RANDOLPH | **County of Residence:** | |
| **Plaintiff's Address:** | Bernard Middleton<br>R-09866<br>Menard - MND<br>P.O. Box 711<br>Menard, IL 62259 | **Defendant's Attorney:** | 08CV4705<br>JUDGE LEINENWEBER<br>MAG. JUDGE ASHMAN |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** /s/ [signature]  **Date:** 8/19/08